UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY YOUNG, | ) | |
| | ) | |
|       Movant. | ) | |
| | ) | |
| vs. | ) | No. 4:07CV399-SNL |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|       Respondent. | ) | |

## ORDER

Pursuant to the Memorandum Opinion filed herewith,

**IT IS HEREBY ORDERED** that Movant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody" is **DENIED**.

Dated this 29th day of October, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE